[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 12, 2008
THOMAS K. KAHN
CLERK

No. 07-15855
Non-Argument Calendar

_____

D. C. Docket No. 07-00090-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD ALLEN SCHENK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(August 12, 2008)**

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Leonard Allen Schenk in

this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Schenk's sentence is **AFFIRMED**.